371 A.2d 219
Commonwealth v. Abney, Appellant.

Sub-mitted March 22, 1976.   Berle M. Schiller, and Astor & Weiss, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 402
Commonwealth v. Abraham, Appellant.

Sub-mitted April 12, 1976.   Charles F. Haley, Assistant Public Defender, for appellant;  Robert F. Hawk, First Assistant District Attorney, and John H. Brydon, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.